IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RONALD GALLO                                                                                       PLAINTIFF

VS.                                        3:05CV00272-WRW

SCOTT PILLOW, individually and in his official
capacity as Special Agent for the Arkansas State
Police; ARVIN VOLNER, individually and in his
official capacity as Police Officer for the City of
Paragould; SCOTT SNYDER, individually and in his
official capacity as Police Officer for the City of Paragould;
MATT RING, individually and in his official capacity
as Police Officer for the City of Paragould; MIKE TURNER
individually and in his official capacity as Police Offier
for the City of Paragould; STERLING CATTERON,
individually and in his official capacity as Police Officer
for the City of Paragould                                                                       DEFENDANTS

## ORDER

Pending are two Motions to Compel Discovery propounded to separate Defendants Volner, Snyder, Ring, Tyner and Catteron.[1]  Separate Defendants responded to the Second Motion to Compel,[2] and stated that the discovery was answered on September 19, 2006.

Accordingly, the Motions to Compel are DENIED as moot.

IT IS SO ORDERED this 23rd day of Octobe, 2006.

/s/Wm. R. Wilson, Jr.
UNITES STATES DISTRICT JUDGE

---

[1] Doc. Nos. 13 and 30.

[2] Doc. No. 32.