**IN THE UNITED STATE DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**RONALD GALLO**                                                                        **PLAINTIFF**


**v.**                                            **3:05CV00272-WRW**


**SCOTT PILLOW, Special Agent**
**for the Arkansas State Police, in His**
**Official and Individual Capacities;**
 **ARVIN VOLNER, Police Officer for**
**the City of Paragould, Arkansas, in His**
**Official and Individual Capacities;**
**SCOTTY SNYDER, Police Officer for the**
**City of Paragould, Arkansas, in His Official**
**and Individual Capacities; MIKE TYNER, Police**
**Officer for the City of Paragould, Arkansas, in His**
**Official and Individual Capacities; STERLING**
**CATTERON, in His Official and Individual Capacities**           **DEFENDANTS**


**ORDER**


Pending are a Joint Motion for Extension of Time to Complete Discovery,[1] and Plaintiff

Ronald Gallo's Motion to Continue,[2] and Motion to Dismiss Defendants Scotty Snyder, Matt

Ring, Mike Tyner, and Sterling Catteron.[3]  A jury trial is scheduled in this case for

January 16, 2007.

---

[1]Doc. No. 35.

[2]Doc. No. 38.

[3]Doc. No. 39.

Plaintiff, Ronald Gallo ("Gallo") requests a continuance to hire an expert to examine the counterfeit money that is the subject of this case. Defendants do not oppose this motion.

Gallo also filed a Motion to Dismiss some of the defendants.  He affirmatively states in his motion that, after conducting discovery, no information emerged showing that Defendants Scotty Snyder, Matt Ring, Mike Tyner, and Sterling Catteron should remain in the lawsuit.

After reviewing the above pleadings, the Motion to Continue is GRANTED; the Joint Motion for an Extension to Complete Discovery is DENIED as MOOT; and the Motion to Dismiss Defendants Scotty Snyder, Matt Ring, Mike Tyner, and Sterling Catteron is GRANTED.  A new scheduling Order will be issued forthwith.

IT IS SO ORDERED 28th day of November, 2006.


/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE