IN THE UNITED STATE DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RONALD GALLO                                                    PLAINTIFF

v.                          3:05CV00272-WRW

SCOTT PILLOW, Special Agent
for the Arkansas State Police, in his
Official and Individual Capacities;
ARVIN VOLNER, Police Officer for
the City of Paragould, Arkansas, in his
Official and Individual Capacities                              DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's Motion for Summary Judgment is DENIED and Defendants' Motion for Judgment on the Pleadings is GRANTED. This case is DISMISSED with prejudice.

IT IS SO ADJUDGED this 20th day of March, 2007.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE